UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK DOUGLAS WILLIAMS, | No. 2:23-cv-01862-KJM-JDP (HC) |
| Petitioner, | |
| v. | ORDER |
| GENA JONES, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner had not, however, filed an *in forma pauperis* affidavit or paid the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a). Thus, on September 7, 2023, I ordered petitioner to either submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or submit the appropriate filing fee. Instead of complying with that order, petitioner filed a motion to stay. ECF No. 6. That motion will be denied without prejudice to refiling once petitioner either moves to proceed *in forma pauperis* or pays the filing fee. Petitioner will be granted one final opportunity to either submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed *in forma pauperis* or the appropriate filing fee;

1

2. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed;

3. Petitioner's motion to stay, ECF No. 6, is denied without prejudice to refiling once petitioner has either submitted the appropriate affidavit in support of a request to proceed *in forma pauperis* or submitted the appropriate filing fee.

4. The Clerk of Court is directed to send petitioner a copy of the *in forma pauperis* form used by this district.

IT IS SO ORDERED.

Dated:   September 26, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2