UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK DOUGLAS WILLIAMS,<br><br>      Petitioner,<br><br>    v.<br><br>GENA JONES,<br><br>      Respondent. | Case No. 2:23-cv-001862-KJM-JDP (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION TO PROCEED *IN FORMA PAUPERIS*, MOTION TO WITHDRAW HIS MOTION TO STAY, AND MOTION FOR AN EXTENSION OF TIME AND DENYING AS MOOT HIS MOTION TO STAY<br><br>ECF Nos. 8, 9, 11, & 12 |

    Petitioner has filed several motions that are addressed herein.  First, petitioner has filed an application to proceed *in forma pauperis*, which makes the required showing and will be granted.  ECF No. 8.  Next, he filed a motion to stay this case on October 4, 2023, but then filed a motion to withdraw his motion to stay on October 19, 2023.  ECF Nos. 9 & 11.  The following day, petitioner filed a motion for sixty-day extension of time to file an amended petition.  ECF No. 12.  Good cause appearing, it is hereby ORDERED that:

    1. Petitioner's application to proceed *in forma pauperis*, ECF No. 8, is granted.

    2. Petitioner's motion to stay, ECF No. 9, is denied as moot in light of petitioner's motion to withdraw.

    3. Petitioner's motion to withdraw his motion to stay, ECF No. 11, is granted.

4. Petitioner's motion for an extension of time, ECF No. 12, is granted.

5. Petitioner is granted until December 29, 2023 to file an amended petition.

IT IS SO ORDERED.

Dated:   October 27, 2023                                       
                                              JEREMY D. PETERSON
                                              UNITED STATES MAGISTRATE JUDGE