UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK DOUGLAS WILLIAMS,<br><br>    Petitioner,<br><br>  v.<br><br>GENA JONES,<br><br>    Respondent. | Case No.  2:23-cv-01862-KJM-JDP (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 14 |

Petitioner has filed a motion for an extension of time to file an amended petition. ECF No. 14. Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 14, is granted.

2. Petitioner is granted until January 29, 2024, to file an amended petition.

IT IS SO ORDERED.

Dated:    November 28, 2023                    _____
                                               JEREMY D. PETERSON
                                               UNITED STATES MAGISTRATE JUDGE