UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK DOUGLAS WILLIAMS, | Case No.  2:23-cv-01862-KJM-JDP (HC) |
| Petitioner, | **ORDER** |
| v. | GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME |
| GENA JONES, | ECF No. 19 |
| Respondent. | |

Petitioner has filed a motion for an extension of time to file an amended petition.  ECF No. 19.  Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 19, is granted.

2. Petitioner is granted sixty days from service of this order to file an amended petition.

IT IS SO ORDERED.


Dated:    August 14, 2024    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE