UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK DOUGLAS WILLIAMS,<br><br>             Petitioner,<br><br>    v.<br><br>GENA JONES,<br><br>             Respondent. | Case No.  2:23-cv-01862-KJM-JDP (HC)<br><br>**ORDER**<br><br>GRANTING PETITIONER'S SECOND MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 21 |

Petitioner has filed a second motion for an extension of time to file an amended petition. ECF No. 21.  Good cause appearing, it is hereby ORDERED that:

   1. Petitioner's motion for an extension of time, ECF No. 21, is granted.

   2. Petitioner is granted until November 14, 2024, to file an amended petition.

   3. Absent extraordinary circumstances, no further extensions will be granted.

IT IS SO ORDERED.

Dated:    October 8, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE